IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02096-MSK-MJW

PATRICK DURAY PORTLEY-EL,

       Plaintiff,

v.

ROBERT STEINBECK,
TIMOTHY RITTER,
CURTIS ROBINETTE, and
S. ADKINS,

       Defendants.
_____

# OPINION AND ORDER ADOPTING RECOMMENDATION AND GRANTING, IN PART, MOTION TO DISMISS
_____

**THIS MATTER** comes before the Court pursuant to the February 26, 2008 Report and Recommendation **(# 33)** of United States Magistrate Judge Michael J. Watanabe that the Defendants' Motion to Dismiss **(# 15)** be granted in part and denied in part.

More than 10 days have passed since the issuance of the Recommendation and no party has filed objections. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Where no party files objections to a recommendation, the Court applies whatever standard of review to that recommendation that it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir.1991). This Court has reviewed the recommendation under the otherwise applicable *de novo* standard of Fed. R. Civ. P. 72(b).

Upon its *de novo* review, the Court agrees with the thorough findings and analysis of Magistrate Judge Watanabe and **ADOPTS** the Recommendation **(# 33)** in its entirety. The

Defendants' Motion to Dismiss **(# 15)** is **GRANTED IN PART AND DENIED IN PART**. All of the Plaintiff's claims, except his claim that he was deprived of a liberty interest – namely, his confinement to disciplinary segregation – without Due Process in violation of 42 U.S.C. § 1983, are **DISMISSED**. Discovery shall proceed with regard to the remaining claim

Dated this 14th day of March, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge