IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02096-MSK-MJW

PATRICK DURAY PORTLEY-EL,

Plaintiff,

v.

ROBERT STEINBECK, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Petition for Order for Reasonably Adequate Access (Docket No. 38) is denied. Even if this court were to find that the plaintiff does not have adequate access to law library materials, this court does not have jurisdiction over Warden Figueroa, who is the Warden of a correctional facility in Oklahoma. Any claims concerning a denial of access to the courts would have to be brought in the appropriate jurisdiction after exhausting administrative remedies.

It is further **ORDERED** that the Clerk of Court shall add the following interested party to the certificate of mailing until further order of court:

TO THE CASE MANAGER OF:

Patrick Duray Portley-El #62950
Oklahoma - North Fork Correctional Facility
1605 East Main
Sayre, OK 73662

Date: April 1, 2008