IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02096-MEH-MJW

PATRICK DURAY PORTLEY-EL,

    Plaintiff,

v.

ROBERT STEINBECK, individually,
TIMOTHY RITTER, individually,
CURTIS ROBINETTE, individually, and
S. ADKINS, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2008.**

    Plaintiff's Request [Motion] for Sanctions for Discovery Violations [filed September 25, 2008; docket #66] is **denied**. Plaintiff failed to comply with Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 37.1. Defendants shall submit responses to Plaintiff's discovery requests on or before October 17, 2008.