IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02096-MEH-MJW

PATRICK DURAY PORTLEY-EL,

    Plaintiff,

v.

ROBERT STEINBECK, individually,
TIMOTHY RITTER, individually,
CURTIS ROBINETTE, individually, and
S. ADKINS, individually,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2008.**

    Plaintiff's Second Motion Requesting that this Honorable Court Impose Sanctions upon the Defendants for Discovery Violations [filed November 3, 2008; docket #78] is **stricken**. Once again, Plaintiff has failed to comply with Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 7.1 A and 37.1. Although the Plaintiff is proceeding *pro se*, he is obligated to comply with the federal rules and this Court's local rules. Unless the Plaintiff attempts, and certifies that he has attempted, to resolve his dispute with Defendants before requesting the Court's intervention, his motions will continue to be stricken for failure to comply with the rules.