IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02096-MEH-MJW

PATRICK DURAY PORTLEY-EL,

    Plaintiff,

v.

ROBERT STEINBECK, individually,
TIMOTHY RITTER, individually,
CURTIS ROBINETTE, individually, and
S. ADKINS, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    Pending before the Court is Plaintiff's Request for the Court to Take Judicial Notice of Certain Adjudicative Facts [filed November 7, 2008; docket #82]. Currently, there is no issue pending before the Court upon which the court orders cited by the Plaintiff bear upon. Rule 201 of the Federal Rules of Evidence necessarily applies only to matters where the admissibility of evidence is at issue. Where there are no matters of evidentiary significance (*i.e.,* motions for summary judgment, proposed findings of fact, etc.) pending before the Court, there is no need to take judicial notice of any kind of evidence. *See Durham v. Hood*, 2007 WL 2725887, *3 (D. Colo. Sept. 12, 2007). Although Rule 201(f) provides that "judicial notice may be taken at any stage of the proceeding," the Advisory Committee notes provide that this provision relates to whether judicial notice can be taken at an appellate stage; it does not indicate that the Court must take notice of certain facts at any arbitrary juncture in the litigation that a party chooses to request it. *See id.* Accordingly, this motion is **denied without prejudice**; the Plaintiff may re-file this request at a time when an evidentiary presentation is warranted. The Court expresses no opinion at this time as to whether the "facts" cited by the Plaintiff are otherwise an appropriate subject for judicial notice under Rule 201.