IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02096-MEH-MJW

PATRICK DURAY PORTLEY-EL,

    Plaintiff,

v.

ROBERT STEINBECK, individually,
TIMOTHY RITTER, individually,
CURTIS ROBINETTE, individually, and
S. ADKINS, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2008.**

    Pending before the Court is Plaintiff's Motion in Support of the Plaintiff's Contentions regarding Witness' Refusal to Cooperate with Requests [filed December 10, 2008; docket #92], which requests that the Court "take notice of a witness' refusal to cooperate in this matter." For the same reasons set forth in this Court's November 17, 2008 minute order, Plaintiff's motion is **denied without prejudice**.