IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02096-MEH-MJW

PATRICK DURAY PORTLEY-EL,

    Plaintiff,

v.

ROBERT STEINBECK, individually,
TIMOTHY RITTER, individually,
CURTIS ROBINETTE, individually, and
S. ADKINS, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2009.**

    Plaintiff's Request [Motion] to File an Out of Time Dispositive Motion [filed March 9, 2009; docket #105] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 6.1D ("[a] motion for extension of time shall state a date certain for the requested extension of time").