IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02096-MEH-MJW

PATRICK DURAY PORTLEY-EL,

    Plaintiff,

v.

ROBERT STEINBECK, individually,
TIMOTHY RITTER, individually,
CURTIS ROBINETTE, individually, and
S. ADKINS, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2009.**

    Pending before the Court is Plaintiff's Request for the Court to Impose Sanctions upon the Defendant for Continued Discovery Violations [filed February 12, 2009; docket #97].[1] The Court believes that the motion is more in the nature of a motion to compel and will **grant in part** and **deny in part** the motion. First, with regard to Request for Production No. 1, the Court agrees with Defendants' objections. If the Plaintiff can narrowly tailor a request that seeks information relevant to his remaining claim, he may re-submit an amended request. Second, with regard to Request for Production No. 4, the Court agrees with Plaintiff that the response is inadequate. Defendant Robinette should provide a response describing his "administrative responsibilities . . . in effect during July 2003, at A.V.C.F., insofar as they pertain to reviewing, on administrative appeal, disciplinary convictions." Further, Defendant Robinette should produce a job or responsibility description. It is the Court's experience that such a description should exist. Responding that Defendant Robinette "is unable to locate the document" is insufficient. He must explain either that such a document has ever existed, and, if it has, why it is no longer available. Finally, with regard to Request for Production No. 11, such records ("punitive segregation logs") would appear to the Court to be the property of the facility and, thus, of the government, and would not be within the possession, custody or control of any individual Defendant. If, however, any of the Defendants in fact have the legal right to access the punitive segregation logs, the logs should be produced absent an explanation from Defendants why such production would be unduly burdensome (*i.e.*, some detail about numerosity or difficulty in assembling the records), which Defendants may submit, if necessary, in a supplemental response on or before April 1, 2009.

---

    [1]Although the Court gave a deadline for the filing of a reply, the Court does not find it necessary to wait for further argument from the Plaintiff, especially given the age of this case.