IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02096-MEH-MJW

PATRICK DURAY PORTLEY-EL,

    Plaintiff,

v.

ROBERT STEINBECK, individually,
TIMOTHY RITTER, individually,
CURTIS ROBINETTE, individually, and
S. ADKINS, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2009.**

    In the interests of justice and for good cause shown,[1] Plaintiff's Petition [Motion] to File Out of Time Dispositive Motion for Summary Judgment [filed March 18, 2009; docket #109] is **granted**. Defendants shall file a response to the Motion for Summary Judgment [docket #110] **on or before April 20, 2009**, and Plaintiff may file a reply to the response within fifteen (15) days after the response is filed.

---

    [1] Plaintiff's original request was made within days of discovery of an inadvertent error [*see* docket #105], and he has proceeded in this case diligently; thus, the Court finds good cause to grant the requested extension.